IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DASHCO, INC. | * | |
| | * | |
| v. | * | Civil No. JFM-09-909 |
| | * | |
| RHODA LEE VAN LEER | * | |
| | * | |

*****

MEMORANDUM

Dashcho, Inc. has filed an appeal from an order of the Bankruptcy Court in which the Bankruptcy Court concluded that although a sanction under Fed. R. Civ. P. 11 in the amount of $10,000 against Anthony Gene Gorski, attorney for Rhoda Lee Van Leer was appropriate, it was without authority to impose a sanction because the sanctionable conduct had occurred not in the Bankruptcy Court but in this court and the United States Court of Appeals for the Fourth Circuit. Dashco requests that this court impose the sanction. Neither Van Leer nor Gorski has filed an opposition brief.

For the reasons stated by the Bankruptcy Court, it is clear that a sanction against Gorski in the amount of $10,000 is appropriate. Further, it is clear that this court has the authority to impose the sanction. Accordingly, a separate order is being entered herewith affirming the Bankruptcy Court's finding that a $10,000 sanction is proper and imposing that sanction against Gorski in favor of Dashco.

    /s/
J. Frederick Motz
United States District Judge